```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559) 498-7272
 5
```

FILED

AUG 3 1 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 05-0221 LJO |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL JAMES MCALISTER, | |
| Defendant. | |

Having considered the government's application to unseal the arrest warrant, criminal complaint and affidavit in the above-captioned proceeding,

IT IS HEREBY ORDERED that the arrest warrant, criminal complaint and affidavit submitted in support of the criminal complaint shall be UNSEALED.

Dated: August 30, 2005
             31

_____
Honorable Lawrence J. O'Neill
U.S. Magistrate Judge

1