McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
3654 Federal Building
1130 O Street
Fresno, California 93721
Telephone: (559) 498-7294

FILED

2005 SEP -9  P 5: 35

... ... DIST. ... CALIF
... F.....
BY_____
        DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) MAG. NO. 05-0221   LJO |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER STAYING MAGISTRATE'S ORDER RELEASING DEFENDANT McALISTER ON BOND PENDING HEARING ON THE GOVERNMENT'S MOTION FOR REVOCATION HEARING |
| MICHAEL JAMES McALISTER, | ) |
| Defendant. | ) |

Upon application of the United States Government for stay of the order of the Magistrate Judge setting conditions of release for the above-named defendants, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate Judge's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such order.

IT IS FURTHER ORDERED that the hearing on said motion be set as soon as practicable.

Dated: September 9, 2005

_____
OLIVER W. WANGER
U.S. District Judge

1